B6F (Official Form 6F) (12/07)

*Amended*

In re __Dino Ramone Foster & Doristiene Elizabeth Foster__    Case No. __05-81356__
         Debtor                                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advance Cash Advance<br>1417 S. Arlington St.<br>Akron, OH 44306 | | H | Incurred: 2007<br>Consideration: Credit card debt | | | | 400.00 |
| ACCOUNT NO.<br>Auto Pro Wholesale<br>355 West Ave.<br>Tallmadge, OH 44278 | | H | Incurred: 2007<br>Consideration: NSF check | | | | 500.00 |
| ACCOUNT NO.<br>Checksmart<br>1287 S. Arlington St.<br>Akron, OH 44306 | | H | Incurred: 2007<br>Consideration: Cash advance | | | | 500.00 |
| ACCOUNT NO.<br>Childrens Hospital Medical Center Akron<br>One Perkins Square<br>Akron, OH 44308 | | J | Incurred: 2007<br>Consideration: Medical Services | | | | 1,000.00 |

__2__ continuation sheets attached

Subtotal ▶ $    2,400.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)



In re  Dino Ramone Foster & Doristiene Elizabeth Foster  ,    Case No.  05-81356
                                        Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261 | | J | Incurred: 2008<br>Consideration: Gas utility service | | | | 500.00 |
| ACCOUNT NO.<br>First Energy Solutions<br>395 Ghent Rd.<br>Akron, OH 44333 | | | Notify with respect to claim of Ohio Edison | | | | Notice Only |
| ACCOUNT NO.<br>First Merit<br>840 Brittain Rd.<br>Akron, OH 44305 | | H | Incurred: 2006<br>Consideration: Overdraft | | | | 600.00 |
| ACCOUNT NO.<br>First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117 | | H | Incurred: 2007<br>Consideration: Credit card debt | | | | 600.00 |
| ACCOUNT NO.<br>Ohio Edison<br>1910 W. Market St.<br>Akron, OH 44313 | | J | Incurred: 2008<br>Consideration: Electric utility service | | | | 500.00 |

Sheet no.  1  of  2  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,200.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.



In re   Dino Ramone Foster & Doristiene Elizabeth Foster   ,   Case No.   05-81356
              Debtor                                                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sprint 6200 Sprint Parkway Overland Park, KS 66251 | | | Incurred: Unknown Consideration: Telephone service | | | | 600.00 |
| ACCOUNT NO. U.S. Bank 2420 Wedgewood Akron, OH 44312 | | W | Incurred: 2006 Consideration: Overdraft | | | | 800.00 |
| ACCOUNT NO. Westlake 4751 Wilshire Blvd., #100 Los Angeles, CA 90010 | | H | Incurred: 2007 Consideration: Deficiency balance, surrendered vehicle | | | | 7,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $  8,400.00

Total ▶ $  13,000.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)



# United States Bankruptcy Court
Northern District of Ohio

In re: Dino Ramone Foster & Doristiene Elizabeth Foster

Debtor

Case No. 05-81356

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 46,980.00 | | |
| B – Personal Property | YES | 5 | $ 7,809.00 | | |
| C – Property Claimed as exempt | YES | 4 | | | 3,929.00 |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 51,272.54 | 3,599.00 |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 1,108.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 25,156.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ |
| TOTAL | | 26 | $ 54,789.00 | $ 77,537.13 | |

# United States Bankruptcy Court
## Northern District of Ohio

*Amended*

In re   Dino Ramone Foster & Doristiene Elizabeth Foster     Case No.   05-81356
                                    Debtor

                                                              Chapter   13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,108.15 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 1,108.15 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,929.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,599.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,546.85 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 4,754.49 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 12,156.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 16,910.93 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | CASE NO: 05-81356 |
|---|---|
| | Chapter 13 |
| Dino Ramone Foster | |
| Doristiene Elizabeth Foster | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| | CERTIFICATE OF AMENDMENT |

We, Dino Ramone Foster and Doristiene Elizabeth Foster, the debtors herein, state that we have read the foregoing amended schedule F and the same is true, complete and correct to the best of our knowledge, information and belief.

/s/ Dino Ramone Foster

/s/ Doristiene Elizabeth Foster

CERTIFICATE OF SERVICE

A copy of the foregoing was sent by ordinary U.S. Mail, postage prepaid, on February 22, 2008 to those parties whose names and complete addresses appear below.

/s/ Robert M. Whittington, Jr.

Foster Matrix for conversion notice.txt

Advance Cash Advance
1417 S. Arlington St.
Akron, OH 44306

Auto Pro Wholesale
355 West Ave.
Tallmadge, OH 44278

Checksmart
1287 S. Arlington St.
Akron, OH 44306

Childrens Hospital Medical
 Center Akron
One Perkins Square
Akron, OH 44308

Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261

First Energy Solutions
395 Ghent Rd.
Akron, OH 44333

First Merit
840 Brittain Rd.
Akron, OH 44305

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117

Ohio Edison
1910 W. Market St.
Akron, OH 44313

Sprint
6200 Sprint Parkway
Overland Park, KS 66251

U.S. Bank
2420 Wedgewood
Akron, OH 44312

Westlake
4751 Wilshire Blvd., #100
Los Angeles, CA 90010